# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00215-CV

Lenny Acevedo, Appellant

v.

Federal National Mortgage Association a/k/a Fannie Mae, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-15-000869, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant Lenny Acevedo's application for emergency temporary restraining order, seeking to stay execution of the writ of possession ordered by the county court at law on May 1, 2015, is denied.

It is ordered on May 7, 2015.

Before Justices Puryear, Pemberton, and Bourland